CARLOS MANUEL GODOY,

                        vs.                    Plaintiff(s)

                                              Defendant(s)

GARY GORDON, LLC and GARY GORDON Individually,

United States District Court
Southern District of New York

Index No: 09 CIV 8693

Papers Served: Summons in a Civil Action and Complaint

**Person to be Served (Name & Address):**

Gary Gordon
450 West 24th St. Apt 12B
New York, NY 10011

**AFFIDAVIT OF SERVICE**

Witness Fee Attached:   ( ) YES   (X) NO

Amount: N/A

**Service Data:**
Served Successfully  X   Not Served ___   Date: Nov 13, 2009   Time: 3:58 P   Attempts: 3

( ) Delivered a copy to him / her personally

( ) Left a copy with a competent household member over 18 years of age residing therein
(Indicate name & relationship at right)

Name of Person and Relationship / Title:

( ) Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person and Relationship / Title:

(X) Alternate Service: Nail/Mail

On the dates and times listed below I traveled to the location of Gary Gordon
I attempted to serve the individual in question. At this time:

| Attempt | Date | Time | Note |
|---|---|---|---|
| Attempt #1: | Nov 3, 2009 | 6:50 P | No one home at time of appearance |
| Attempt #2: | Nov 5, 2009 | 8:01 AM | No one home at time of appearance |
| Attempt #3: | Nov 13, 2009 | 3:58 P | No one home at time of appearance |

(X) Service by Mail: Papers Mailed on: Nov 13, 2009   (Mailing conducted via USPS)

**Description of Person Accepting Service:**
Sex: ___   Age: ___   Height: ___   Weight: ___   Skin Color: ___   Hair Color: ___

At the time of service deponent asked whether the deponent is in active military service for the United States or any State in any capacity whatsoever or dependent upon such person and received a negative reply.

**Un-Served:**

( ) Unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest subject moved to an undetermined address
( ) No such street in municipality
( ) Other: ___

**Server Data:**
Subscribed and Sworn to me this
16 day of November 20 09

_____
Notary Signature
Name of Notary / commission expiration

YURI KAKURIEV
Notary Public - State of New York
NO. 01KA6052808
Qualified in Queens County
My Commission Expires Dec 26, 2010

I, RYAN REESE ____, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server